### In re BAYLOR MEDICAL CENTER AT WAXAHACHIE d/b/a Baylor Medical Center–Ellis County.

#### No. 10–03–015–CV.

Court of Appeals of Texas, Waco.

Dec. 10, 2003.

Susan I. Nelson, Stinnett, Thiebaud & Remington, L.L.P., Dallas, for Appellant/Relator.

H. Byron Thomas, Thomas Law Offices, Dallas, for Appellee/Respondent.

Before Chief Justice GRAY, Justice VANCE, and Judge ALLEN [1] (Sitting by Assignment).

### OPINION

PER CURIAM.

Respondent, Judge Gene Knize, did not have the benefit of the Supreme Court's ruling in *Walker v. Gutierrez*, 111 S.W.3d

56 (Tex.2003), when he ruled. We deny the petition for mandamus, without prejudice, to allow him to reconsider his ruling. *See In re de la Garza*, 92 S.W.3d 416 (Tex.2001) (orig. proceeding) (per curiam); *In re Van Waters & Rogers Inc.*, 988 S.W.2d 740 (Tex.1998) (orig.proceeding) (per curiam).